## NEW WORLD INTERNATIONAL, INC., National Auto Parts, Inc., Plaintiffs-Appellants

v.

## FORD GLOBAL TECHNOLOGIES, LLC, Ford Motor Company, Defendants-Appellees

### 2017-1956

United States Court of Appeals, Federal Circuit.

March 13, 2018

ROBERT GLENN OAKE, JR., Oake Law Office, Allen, TX, argued for plaintiffs-appellants.

SEAN MAROTTA, Hogan Lovells US LLP, Washington, DC, argued for defendants-appellees. Also represented by JESSICA

LYNN ELLSWORTH; MARC LORELLI, FRANK A. ANGILERI, LINDA METTES, Brooks Kushman PC, South-field, MI.

(Lourie, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**